Robert McQUERRY,
Employee/Appellant,

v.

ST. LOUIS BRIDGE COMPANY,
Employer/Respondent,

and

St. Paul Fire & Marine Insurance Company, Insurer/Respondent,

and

Treasurer of the State of Missouri as Custodian of the Second Injury Fund, Additional Party/Respondent.

No. ED 80686.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 17, 2002.

Cynthia Thomas, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Plia D. Cohn, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, S.J.

*ORDER*

PER CURIAM.

Robert McQuerry ("Claimant") appeals the award of the Labor and Industrial Commission's ("Commission") denying his claim for worker's compensation benefits. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 84.16(b).